THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVEN HO,<br><br>Plaintiff,<br><br>v.<br><br>ARCTIC STORM MANAGEMENT GROUP, LLC, AND ARCTIC FJORD, INC.,<br><br>Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No.2:21-cv-01103-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION**

**COME NOW** Plaintiff Steven Ho and Defendants Arctic Storm Management Group, LLC, and Arctic Fjord, Inc., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 31st day of May, 2022.

*/s/David C. Bratz*
DAVID C. BRATZ, WSBA # 15235
*/s/Nathan J. Beard*
NATHAN J. BEARD, WSBA #45632
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone: 206-623-4990
Facsimile: 206-467-4828
Email: dbratz@legros.com
nbeard@legros.com
Attorneys for Defendants

*s/Douglas R. Williams (via email authorization)*
DOUGLAS R. WILLIAMS, WSBA #43823
Anderson Carey Williams & Neidzwski, PLLC
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Telephone: 360-671-6711
Facsimile: 360-671-2943
Email: doug@boatlaw.com
Attorneys for Plaintiff

{29166-00818589;1}
STIPULATION AND ORDER OF DISMISSAL Case No. 2:21-cv-01103-JHC - Page 2

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiffs are hereby dismissed with prejudice, and without costs.

Dated this 31st day of May, 2022.

THE HONORABLE JOHN H. CHUN
United States District Court Judge

Presented By:

LEGROS BUCHANAN & PAUL

By *David C. Bratz*
DAVID C. BRATZ, WSBA #15235
By *Nathan J. Beard*
NATHAN J. BEARD, WSBA #45632
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206.623.4990
Fax: 206.467.4828
Email: dbratz@legros.com
nbeard@legros.com
Attorneys for Defendants

{29166-00818589;1}
STIPULATION AND ORDER OF DISMISSAL Case No. 2:21-cv-01103-JHC - Page 3

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglas R. Williams, Esq.
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Email:    doug@boatlaw.com
*Attorneys for Plaintiff*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
sbaskins@legros.com

{29166-00818589;1}
STIPULATION AND ORDER OF DISMISSAL Case No. 2:21-cv-01103-JHC - Page 4

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990